**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROGER CAMPBELL                                                                                         PLAINTIFF
ADC #078423

v.                                      No. 4:10CV00222 JLH/JTR

JASON DAY, Jail Administrator,
Boone County Detention Center, et al.                                                    DEFENDANTS

**TRANSFER ORDER**

Plaintiff Roger Campbell, who is currently confined in the Boone County Detention Center, has filed a *pro se* § 1983 Complaint alleging that Defendants failed to provide him with adequate medical care after he suffered a seizure. *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). All of the Defendants in this action reside in Boone County. Similarly, the events giving rise to Plaintiff's claims occurred in Boone County.

Boone County is located in the Harrison Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is hereby IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Harrison Division.

Dated this 9th day of April, 2010.

---------------------------------------
UNITED STATES DISTRICT JUDGE